IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Karam Sawaqed, individually and on behalf of similarly situated persons<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>JMC Holdings, LTD, et al<br><br>Defendant/Respondent | Hearing Date:<br><br>INDEX NO:   1:21-cv-6664<br>Index Date:   08/06/2021<br>AFFIDAVIT OF SERVICE OF:<br>Summons; Complaint |

Received by **Curtis Warren**, on the **8th day of October, 2021 at 10:29 PM** to be served upon **JMC Holdings, Ltd. c/o John Cilmi, registered agent** at **8 Depot Square, Suite 4, Tuckahoe, Westchester County, NY 10707**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **14th day of October, 2021 at 12:56 PM** at the address of **8 Depot Square, Suite 4, Tuckahoe, Westchester County, NY 10707**, this affiant served the above described documents upon **JMC Holdings, Ltd. c/o John Cilmi, registered agent** in the manner described below:

**CORPORATE SERVICE**, by personally delivering **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, to the corporation described as the named defendant.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Dawn Lewandowski, I delivered the documents to Dawn Lewandowski who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a red-headed white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with glasses.**

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.

Executed on _____10/18_____, 20 21.

_C Warren_
_____
**Curtis Warren, NY**

ABC Legal Services, Inc.
DCA Lic. #1380619 Exp, 02/28/22
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF NEW YORK COUNTY OF __Kings__
SWORN TO AND SUBSCRIBED BEFORE ME THIS __18th__ OF __Oct__ 20 __21__ BY __Curtis Warren__   (AFFIANT NAME)

_signature_
SIGNATURE OF NOTARY PUBLIC

_____
PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME

PERSONALLY KNOWN __X__ OR PRODUCED IDENTIFICATION_____
TYPE OF IDENTIFICATION PRODUCED_____

DEBORAH SAVOIA
Notary Public, State of New York
No. 01-6268936
Qualified in Suffolk County
Commission Expires September 17, 2024



Page 1 of 1
FOR:  Forester Haynie PLLC
REF:  REF-JMC Holdings

Tracking #: 0077690822
